```
                    United States Bankruptcy Court
                    Northern District of California
```

In re:                                                    Case No. 19-30316-HLB
O'Rorke, Inc.                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0971-3        User: lblue         Page 1 of 1           Date Rcvd: Dec 06, 2019
                            Form ID: FIND        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2019.
db              +O'Rorke, Inc.,   c/o Gregory A. Rougeau, Esq.,   Brunetti Rougeau LLP,
                 235 Montgomery St., Suite 410,   San Francisco, CA 94104-2907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2019 at the address(es) listed below:
        Gregory A. Rougeau    on behalf of Debtor   O'Rorke, Inc. grougeau@brlawsf.com
        Janina M. Hoskins    jmelder7@aol.com,  Ca80@ecfcbis.com
        Julie H. Rome-Banks    on behalf of Creditor   The Swig Company LLC julie@bindermalter.com
        Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
                                                                TOTAL: 4

Form FIND

| | |
|---|---|
| In Re: | O'Rorke, Inc. |
| | Case No.: 19–30316 HLB 7 |
| Debtor(s) | Chapter: 7 |

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑  Janina M. Hoskins is discharged as trustee of the estate of the above–named debtor and the bond is canceled.

☑ the chapter 7 case of the above–named debtor is closed;

and

☐ Other

Dated: <u>12/6/19</u>

By the Court:

Hannah L. Blumenstiel
United States Bankruptcy Judge